UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC R. BATZ,<br><br>              Plaintiff,<br><br>      v.<br><br>MARY R.N.,<br><br>              Defendant. | Case No.  25-cv-08138-VC<br><br>**ORDER OF DISMISSAL** |

Eric Batz filed a civil rights complaint under 42 U.S.C. § 1983 from the Martinez Detention Facility. Dkt. No. 1. On the same day, the Clerk sent Batz a notice informing him that the action was deficient because his application to proceed *in forma pauperis* (IFP) was missing a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer, and a copy of the prisoner trust account statement showing six months of transactions. Dkt. No. 3. The notice included a blank copy of the required form and warned Batz if he did not submit the required documents within the 28-day time frame, his case would be dismissed.

More than 28 days have passed, and Batz has not filed the missing documents, paid the filing fee, or communicated with the court in any manner. Therefore, this case is dismissed without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must be accompanied by either the filing fee or a complete IFP application with the required supporting documents. The Clerk shall enter a separate judgment, terminate any pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: December 4, 2025

_____
VINCE CHHABRIA
United States District Judge